Wisconsin Oakland Company, appellant, v. Rockford Auto Parts Company, appellee. Gen. No. 7,288.

Replevin of automobile. Judgment for defendant. Appeal from

the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed July 26, 1924.

Frank H. Hall and B. A. Knight, for appellant. David D. Madden, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.